(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

IMRAN A. MORGAN
(Enter the full name of the plaintiff in this action)

v.

LFB Plasma Center, LLC
PBSO Sheriff Ric L. Bradshaw
PBSO Lien Jimenez
PBSO Dara Oconnor

(Above, enter the full name of the defendant(s) in this action)

FILED BY ___MC___ D.C.

JUN 11 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON _____ (DATE) FOR MAILING
_____ STAFF INITIAL _____ I/M INITIAL

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

Page 1 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.   Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A.   Name of plaintiff: IMRAN A. MORGAN

Inmate #: W24453

Address: 7175 Stella Ian Lake Worth, FL 33463

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.   Defendant: LFB Plasma Center, LLC

is employed as LFB Plasma Physicians & Entiti

at 4560 Lake Worth Rd Lake Worth, FL 33463

C.   Additional Defendants: P.B.S.O Sheriff Ric L. Bradshaw, Sheriff of Palm Beach Florida, 3228 Gun Club Road West Palm Beach, FL 33406. D/s Lien Jimenez #39521

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

P.B.S.O Sheriff, 3228 Gun Club Road West Palm Beach FL 33406, D/S Dara Oconnor #37164 PBSO Sheriff 3228 Gun Club Rd West Palm Beach, FL 33406

## II. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On July 11, 2023, The Plaintiff Mr. IMRAN A. MORGAN, had his blood Plasma Seperated, and removed from his whole body by Staff Physicians at IFB plasma Center, LLC, located at 4560 Lake Worth Rd Lake Worth, FL 33463. After the precedure, Mr. Morgan's red blood cell were never fully returned back into his body Staff physicians at IFB plasma Center, LLC. However, on the same date, at the time that Mr. Morgan was donating Staff physicians told Mr. Morgan he was being discharge after Mr. Morgan —

## II. Statement of Claim

Voiced his Medical Concerns, Mr. Morgan found that he was not free to go. He was then placed in hand cuffs, and arrested by P.B.S.O D/s D. O'Connor, and D/s L. Jimenez on false accusations. for a Crime which took place at a family Dollar located at 4640 Lake Worth Rd, Lake Worth FL 33463. The arrest was in reference to a retail theft investigation that took place on the 11th day of July 2023 at approximately 1120 hours. **Moreover, those false accusation Charges Were later no filed/ dropped by state officials.** During Mr. Morgan arrest, Staff physician at LFB Plasma Center, LLC, did not ensure that the Plaintiff red blood cell were fulley returned Back into the Plaintiff, Mr. Morgan's, body. They, instead, neglegently removed the needle which was inserted into Mr. Morgan left arm, negleltfully failing to return the plaintiff's red blood cell to his whole body, in a Careless fashion. Furthermore, LFB Plasma Center, LLC, neglectfully discharged Mr. Morgan without evaluation, and instantly upon request of P.B.S.O Law Enforcement official's D/s D. O'Connor, and D/s L. Jimenez.

①

## II. Statement of Claim

After the Plaintiff, Mr. Morgan requested for both LFB plasma center Staff physician and O/s O. O Connor, and O/s. L. Jimenez to call an ambulance, Stating that his pain was indescribable he needed to be examined due to suffering from Significant Chest pain, and was experiencing weakness and dizzy-like symtoms; They instead of seeking requested Medical Care for Mr. Morgan, they violated Mr. Morgan's Eighth Amendment right's, and ~~this~~ Due process Clause of his fourteenth Amendment right's depriving Mr. Morgan of his very blood plasma which was removed, and his blood wasn't fully returned back to Mr. Morgan after being Separated at (LFB PIASMA CENTER) by the hand's of professional staff physician's located at 4560 Lake Worth Rd, Lake Worth, FL 33463. ~~However~~, on that Said date July 11, 2023 Mr. Morgan declared a Medical Emergency in the process of donatin but was frivolously arrested, and his medical Emergency issue was neglegently overlooked. This was a deliberately indifferent act to the Plaintiff's Serious medical need in volation of Mr. Morgan Constitutional right's. Nevertheless, The Plaintiff was never transfered to the Emergency Care room on July 11, 2023. But was transfered instead, to the Palm Beach County Jail, in tears without being deemed medically Cleared nor was he compensated for his plasma donation from LFB Plasma Center, LLC on July 11, 2023.

②

## II. Statement of Claim

The Plantiff's plasma was sold upon him donating it to pharmacecitical Concerns by LFB plasma Center, LLC, for the use of manufactureing of pharmacecitical products such as vaccine albumin, and anti-hemophilic facto, depriveing the Plaintiff, Mr. Morgan of his blood which is a priceless resource. Furthermore, LFB plasma Center owed the Plaintiff a duty of care. LFB plasma Center, LLC, breached the duty of care, and the breach proximately caused Mr. Morgan pain, and suffering injuries, and damages are owed. LFB plasma violated it's statutory duty to provide adequate, suitable, services to Plantiff Imran A. Morgan on July 11, 2023. Moreover, The food, and drug administration of the united States department of health, and human Services (FDA) has issued regulations which are contained in (THE FEDERAL REGUlATIONS) which establishes standards, and procedures for plasmapheresis Operations. The federal regulations provide for FDA inspection of plasmapheresis facilities, establish standards for personnel, and physical plant's, necessitate licenses for plasmapheresis to select suitable plasmapheresis donors. In Conformance with the federal regulation's, LFB plasma donors are supposed to be selected based on medical history, tests, and physical examinations on each potemtiel donors initial visit. Moreover, on July 11, 2023, LFB plasma Center, LLC, Physician's Staff did not review Mr. Morgan's medical issue concerning his chest pain, weakeness, dizzy-like symtoms, nor did they perform a physical examination on Mr. Morgan. However, the Plaintiff was accepted as a candidate to donate on July 11, 2023.

(3)

## II. Statement of Claim

dispite his chest pain, and weakened, dizzy-like symtoms at LFB plasma Center. In addition, Staff physicians are supposed to review, and examine, non-medical employees at LFB plasma Center who are supposdly trained, and supervised by other staff physician's to review the candidate's medical history prior to each donation of plasma. Moreover, In Conformance with the federal regulations, LFB plasma Center establishes for each donor a permanent donor record file, which contains Mr. Morgan's photograph, and signature, as well as descriptive identifying information (ADDRESS, TELEPHONE NUMBER, BIRTHDATE, SEX, HEIGHT, EYE, AND HAIR COLOR, RACE, AND BLOOD TYPE) written reports of the donors physical examinations, signed Consent forms, and written records documenting every plasma donation made. The Plantiff's, date of donation was documented by LFB plasma Center, his bleed number, his medical history, and laboratory test results, and volume of whole blood, and red blood cell which were not returned back to the Plaintiff on July 11, 2023. following his donation at LFB plasma Center. However, any potential donor who show's evidence of recent needle marks which cannot be attributed to previous donations reflected in his or her permanent donor record file is referred to the staff physician for further evaluation. nevertheless, Both LFB plasma Center physician, and P.B.S.O D/S D.O Connor, and D/S L. Jimenez were informed by the Plaintiff, Mr. Morgan, that he was in need of medical attention due to his chest pain, nausea, weakened, dizzy-like symtoms, and was

④

## II. Statement of Claim

experiencing withdrawl from Chronic use of alcohol and needed to go to the emergency room for medical intervention clearance. Nonetheless, The fourth amendment protects against unreasonable seizure, Including seizure of a person. A seizure occurs for the fourth amendment purpose when a reasonable person would have believed that he was not free to leave as Mr. Morgan believed himself not to be after donating. Moreover, P.B.S.O D/s D. O Connor and D/s L. Jimenez made the decision to seize Mr. Morgan unlawfully? at LFB plasma center, on July 11, 2023, at approximately 1153 Am, and transfer the Plaintiff to the Plam Beach Countey Jail for non-medical reasons, on baseless allegations which were not filed/dropped- instend of transferring the Plaintiff to an emergency medical center for examination for his chest pain, and weekness-like Symptom's. Just before 11:53 am, on July 11, 2023, Mr. Morgan had a serious medical need and each defendant exhibited a deliberate indifference toward that need. P.B.SO D/s D.O Connor, and D/s L. Jimenez initially refused Mr. Morgan's medical tretment after determining it was medically necessary to treat plantiff's symptoms after the with-drawal of Mr. Morgan's plasm Blood plasma at that said time Mr. Morgan was never examined nor was his vitals rechecked, instand, the needle was removed from Mr. Morgan's left arm, and he was truned over to law- enforcement official's D/s D.O Connor, and D/s L. Jimenez. P.B.SO lawenforcement official's, and LFB plasma center physicians were the proximate cause of Mr. Morgan's pain, and suffering

⑤

## 11. Statement of Claim

P.B.S.O D/s L. Jimenez, and D/s D. O Connor had the power to remedy the Plaintiff's Serious Medical need. But through their own deliberate indifferent act, failed to do so. An official acts with deliberate indifference when he or she knows that an inmate is in Serious need of medical care, but fails or refuses to obtain medical treatment for the inmate. Moreover, Sheriff Ric L. Bradshaw in his Capacity as the Sheriff of P.B.S.O promulgated a specific policy which deprives inmates (like Mr. Morgan) of pre-medical necessary treatment. This alleged policy directs an employee to violate Mr. Morgan's Constitutional right's by with holding medical treatment when necessary. Sheriff Ric L. Bradshaw, the Supervisor, failed to adequately train [HIS] officers, a de facto policy breach which gives rise to Governmental liability. P.B.S.O D/s L. Jimenez, and D/s D.O Connor violated IMRAN A. MORGAN's Constitutional right's on July 11, 2023. P.B.S.O has a Custom, and policy that Constituted a deliberately indifferent act to Mr. Morgan's Constitutional right's. P.B.S.O D/s L. Jimenez, and D/s D.O Connor decision on July 11, 2023 not to seek treatment for the Plaintiff's Serious medical need is a deliberate indifference act because necessary medical treatment was delayed for non-medical reasons by all Said Defendant's. Moreover, There was no effort made to Stabilize Mr. Morgan's health condition issue. P.B.S.O Law enforcement official's D/s L. Jimenez, and D/s D.O Connor preeminent priority was taking Mr. Morgan to Jail on no **PROBABLE CAUSE CHARGE'S**



## II. Statement of Claim

dispite Mr. Morgan's medical condition and did not bring him to an emergency room. This issue resulted in violation's of the Plaintiff's eighth, and fourteeth amendment right's. P.B.S.O Sheriff Ric L. Bradshaw are responsible for the policy which violated the Plaintiff's constitutional right's after the Plaintiff was honest, and communicated about is medical issue's which were of concern. Mr. Morgan was refused medical treatment after Mr. Morgan expressed the concerns he had about his medical issue's to P.B.S.O D/s L. Jimenez, and D/s D. O'connor on July 11, 2023, at 4560 Lake worth Rd, Lake Worth, FL 33463 at LFB plasma Center. but failure to see that Mr. Morgan obtained the necessary medical care when he was unable, beecause of his detention, to secure such care for himself resulted in a deliberately indifferent act to the Plaintiff's serious medical need that could have cost Mr. Morgan his life. In response to Mr. Morgan crying out for help, D/s L. Jimenz, and D/s D.O. Connor shrugged their Shoulders regarding Mr. Morgan's Medical emergency on July 11, 2023 at approximately 1153 Am around, and didn't even reply "I was extremely emotional, and disgusted by indifference i received." D/s L. Jimenz, and D/s D.O. Connor Started cursing, and yelling at the Plaintiff, Mr. Morgan, and said they weren't going to get into the back, and forth. Mr. Morgan, in turn, arrived at the Palm Beach County Jail in pain, and tears.

(7)

## II. Statement of Claim

Moreover, Once at the Jail, the Plaintiff requested for other P.B.S.O Law Enforcement official's to take action, and bring him to the outside emergency room Due to his medical condition, but nothing was done. On his way to the Jail, Mr. Morgan asked PBSO official's D/s L. Jimenez, and D/s D.O Connor why was he being treated differently. But Mr. Morgan's concerns were never investigated nor publicized. In addition, once he was seen at the Jail by medical staff, they too disregarded concerns that should have been investigated. P.B.S.O D/s L. Jimenez made a remark while transferring Mr. Morgan to the Jail, instead of the hospital, that if an investigation finds him wrong Due to his conduct, he said, he plans on taking full responsibility for any mistakes that took place on July 11, 2023. After Mr. Morgan's complaint, each of these defendant's carelessly, and negligentfuly disregarded Mr. Morgan's medical condition, and did not seek treatment for Mr. Morgan leaving them vicariously liable, because Mr. Morgan wasn't able to secure treatment for himself, each of these defendants did not provide to the Plaintiff hospital care, medical clearance, outside emergency room services, X-ray, nor ambulance or medical attention in order to deem Mr. Morgan medically ok, but conducted themselves in a careless, neglectful, manner disregarding the Plaintiff's pain.

⑧

## II. Statement of Claim

No Citizen in America shall be deprived of life, Liberty, or property, without due process of Law, nor shall private property be taken for pubic use, without just Compensation. The right of the people to be secure against unreasonable Searches, and Seizures, shall not be violated, and no warrant shall be issued, but upon probable cause, Supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. Cruel, and unusual punishments shall not be inflicted a lack of care, Public Health, shall not be denied to any Person within its jurisdiction nor equal protection of the laws. Mr. Morgan's allegations establish a Constitutional violation of the law. The effects of the withdrawal of Mr. Morgan's blood plasma Constitute Serious Medical needs. Just as withdrawal from alcohol may constitute a Serious Medical need when the Symptoms are Severe. Both LFB Plasma Center physicians, Sheriff Ric L. Bradshaw, D/s L. Jimenez, and D/s D. O Connor were fully aware of the Plaintiff's, Mr. Morgan, Medical Emergency on July 11, 2023 at 4560 Lake Worth Rd, Lake Worth, FL 33463, Yet took a disturbingly casual approach in treating the Plaintiff's Medical Concerns Subsequently, further examination while housed at the Palm Beach County Jail revealed Mr. Morgan, immune System was weaken after his donation at LFB plasma Center, LLC, on July 11, 2023. This then made The Plaintiff Mr. Morgan after is donation of his plasma blood, body Susceptible enough to bacterial, and viral infections that mandate antibiotics, and antivirals in is body

(9)

11. Statement of Claim

from the lack of plasma blood count he had into his whole body after his donation. Consequently, The Plaintiff Mr. Morgan was diagnosed with **COVID-19** in July of 2023. Proximity right after donatin his plasma blood at LFB plasma center, LLC, located at 4560 Lake Worth Rd, Lake Worth, FL 33463.

Sincerely
Respectfully Submitted
IMRAN A. MORGAN
I Pray...

Thanks Much!

(10)

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

III. **Relief**

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Petitioner and personal representative of Mr. Morgan estate is asking the court for a jury trial on this matter and files Petition to recover Compensation for Medical neglience Sustained from neglit by LFB Plasma Center LLC, and entities associated with LFB Plasma Center LLC and from PBSO Sheriff Ric L. Bradshaw, D/s D.O connor, and D/s L. Jimenez in their Own Capacity after not hospitalsing Mr. Morgan and restraining him for non medical reasons an act of deliberate indifference toward Mr. Morgan Serious Medical issues. The Plantiff was refused Medical—

IV. **Jury Demand**

Do you demand a jury trial? ☑ Yes ☐ No

## III. Relief Requested

(2) treatment before he was taken to the Palm Beach County Jail on July 11, 2023. After he expressed his concerns about his medical issue's he instead was humiliated, and left in pain. Moreover, The Plantiff Mr. Morgan is a person who suffer's from a mental health disability, and who's mental health has worsened and he now suffer's from increased anxiety, Depression and must now be stabilized by mental health medicine. Out of fear, Mr. Morgan plans on Sucesfully relocating from Florida due, in part, to the incident. With the Subvent verdict on Mr. Morgan behalf in his favor, he will raise awareness of Social Justice, so that this will not happen to any other Citizen of this Country. The Plantiff, However, is in search for reconciliation, and Justice from this Honorable Court, and is seeking some amount of healing from when he was belittled and his constitutional right's violeted. The Plantiff, Mr. Morgan, is asking the Court for punitive damages awarded to him in the amount of $250K, and enhanced Compensatory damages awarded in the specified amount of $100K. Moreover, In 2023, COVID-19 killed 40 people in Palm Beach County. COVID-19 is a very serious medical condition which can result in death. State health officials record shows 45 death's in Palm Beach County between Dec.1, and Jan, 13, 2023, and the conspicuous early stage approach professional official's took by over looking the Plaintiff, Mr. Morgan's, early warning sign's

## III. Relief Requested

③ that could of cost Mr. Morgan his life was outrageous. However, LFB plasma Staff physician, and P.B.S.O D/s L. Jimenes, and D/s D. o Connor, on July 11, 2023, Carelessly disregarded Mr. Morgan's medical emergency Considering his medical distress after donating his plasma blood at LFB plasma Center. Moreover, Mr. Morgan was never deemed medically Cleared before entering the Palm Beach County Jail by outside Doctor's in violation of P.B.S.O medical Clearance intake Jail policy. P.B.S.O Sheriff D/s L. Jimenes and D/s D. o Connor's false sense of security, and LFB plasma physician's Careless policy Should exercise new policy, and under go additional adequate administration training. Due to the harmful effect's they are Causing on Americans Such as Mr. Morgan. The Americans with disabilities act protect's people who are Subjected to discrimination. Furthermore, Mr. Morgan is asking that this Honorable court launch a platform in effort to Close the massive loophole we have in our medical and mental health system with a support team on the plaintiff behalf against the oppressive law enforcement bullies who are employed without adequate training with the P.B.S.O law enforcement department. As an American with disabilite's, Mr. Morgan urges the Court to Support Common Sense, and ask that this Honorable Court push relentlessly to educate, affirm, and inspire those around Mr. Morgan to go above and beyond for the justice we deserve

④

## III. Relief Requested

as Americans. In addition, The Plaintiff Mr. Morgan, is refusing to let those in power intimidate him into staying silent, and he pray's that this lawsuit to protect his Amendment right's will immensely give heart to other's. The verdict in Mr. Morgan's favor will prove that the law applies to every one in this Country. Mr. Morgan is asking the anonymous Jury to award him enhanced compensatory damages in the amount of $100K, and punitive damages in the amount of $250K for his pain and suffering and for the harm to his reputation after the arise of his unlawfull arrest, when on July 11, 2023, he was unlawfully seized by PBSO official's D/s L. Jimenez, and D/s D. o Connor who frivolously tryed to charge Mr. Morgan with baseless allegation's which weren't worth the paper they were printed on. Although now free of those Charge's, Mr. Morgan usually wakes up to tears in is eyes and still can't believe this all happened to him. The Plaintiff once enjoyed donating his plasma Blood. It was a pastime which he enjoyed. Mr. Morgan was once a loyal doner at LFB plasma Center, LLC, and enjoyed adding value to the Community by donting his plasma blood. But now fear's that neglegent action could happen all over again after he was humiliated, and denyed Care. However, The Plaintiff, his family, and his communty are comeing together, advocateing, and praying deeply for Justice from this Honorable Court on his behalf during this difficult time, In Support of

## III. Relief Requested

(5) the right decision making on these issue of fact's without prejudice. The Plaintiff, Mr. Morgan, hold's LFB plasma Center, LLC, P.B.S.O Sheriff Ric L. Bradshaw, D/s L. Jimenez, and D/s D.O Connor all in their own capacity liable for their deliberate act of indifference toward Mr. Morgan after over looking Mr. Morgan's medical need when it was necessary to treat the Plantiff's medical complaint and for their false practices which went too far on July 11, 2023. After they all had the ability but made the final decision to not care for Mr. Morgan, fully aware of their deceptive behavior. P.B.S.O D/s D.O Conner, and D/s L. Jimenez under color of law acted with a clear mind, and actual malice after Mr. Morgan declard his medical emegency at LFB plasma Center, LLC located at 4560 Lake Worth Rd Lake Worth, FL 33463 on July 11, 2023. However, dispite Mr. Morgan's Chest Pain, weakeness, and dizzy-like Symptom, vomiting, Difficulty walking, Drowsines, Confusion, Breathing Problems, Hallucination, and his abnormal medical symptoms, nothing was done. The Plantiff, Mr. Morgan, on July 11, 2023 was in crisis and encourages the jury to consider not only the direct harm Mr. Morgan Suffered, but also what amount of damages would deter LFB plasma Center, LLC, P.B.S.O Sheriff Ric L. Bradshaw, D/s D.O Connor, and D/s L. Jimenez all said Defendants from defamating Mr. Morgan in the future. Justice for Mr. Morgan would be an opportunity for him to say "yes" with a smile when asked if Justice has been served regarding his Constitutional Right's. Sincerely IMRAN A. MORGAN

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __MAY__ day of __28__, 20__24__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __5-28-2024__

_____
(Signature of Plaintiff)

Page 5 of 5